Ronda S. THOELE, Appellant,

v.

Michael THOELE, Respondent.

No. 72567.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 10, 1998.

Mary Ann Weems, Robert D. Beekman, Clayton, for Appellant.

Reginald P. Bodeux, Niedner, Bodeux, Carmichael, Huff and Lenox, St. Charles, for Respondent.

Before CRAHAN, C.J., and TEITELMAN, J., and GERALD M. SMITH, Senior Judge.

*ORDER*

PER CURIAM.

Wife appeals the trial court's judgment granting Husband's motion to modify the custody and child support provisions of a dissolution decree.

We have reviewed the briefs of the parties, the legal file and the transcript. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. An extended opinion herein would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Ozzie B. COLLINS, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. 71349.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 10, 1998.

Susan Kister, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J., and GERALD M. SMITH, Senior Judge.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record provided on this appeal, and have also taken notice of the record from appellant's trial and original consolidated appeal. The motion court's judgment is based on findings of fact that are not clearly erroneous. No error of law appears.

An extended opinion would have no precedential value. We have, however, furnished the parties with a memorandum for their information only, setting forth the reasons for our decision.

The judgment is affirmed pursuant to Rule 84.16(b).